UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**LORENA MARTINEZ VASQUEZ,**<br><br>Defendant. | CASE NO.:  17CR3029-JLS<br><br>**ORDER** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Revocation of Supervised Release Hearing currently scheduled for August 5, 2022, at 2:30 p.m., be continued to September 16, 2022, at 2:30 p.m., before the Honorable Janis L. Sammartino, due to defense counsel's unavailability on August 5. Ms. Vasquez is in custody, and time is excluded under the Speedy Trial Act in the interests of justice.

**IT IS SO ORDERED.**

Dated:  July 19, 2022

Hon. Janis L. Sammartino
United States District Judge